988

No. 1097. UNITED STATES *v.* MISSISSIPPI ET AL. Appeal from the United States District Court for the Southern District of Mississippi. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Marshall, Louis F. Claiborne, Harold H. Greene* and *Howard A. Glickstein* for the United States. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands,* Assistant Attorney General, *P. M. Stockett* and *Charles Clark,* Special Assistant Attorneys General, and *Aubrey Bell,* for appellees.

No. 105. HAMM *v.* CITY OF ROCK HILL. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr., Donald James Sampson* and *Willie T. Smith, Jr.* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, and *Everett N. Brandon,* Assistant Attorney General, for respondent.